E-FILED
Thursday, 10 February, 2011 09:40:09 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
## ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of ALTORFER, INC., an Iowa corporation,<br><br>Plaintiff,<br><br>v.<br><br>WHITE OAK CONTRACTING, INC. an Iowa corporation, and PLAZA INSURANCE COMPANY, a Missouri corporation,<br><br>Defendants. | Case No. 10-cv-4058 |

## O R D E R  &  O P I N I O N

On January 3, 2011, this Court entered an Order and Opinion deferring a ruling on Plaintiff's Motion for Default Judgment against Defendant White Oak Contracting (Doc. 16) until Plaintiff submitted supplementary evidence of damages. (Doc. 19). Subsequently, on January 18, 2011, Plaintiff reported that the parties had reached a settlement agreement, and sought an extension of time in which to file its supplementary evidence. (Doc. 20). Now before the Court is a Stipulation of Dismissal, signed by all parties which have appeared before the Court. (Doc. 21). Accordingly, pursuant to the Stipulation and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's Complaint is DISMISSED WITH PREJUDICE, with each party to bear its own costs. All pending motions are therefore TERMINATED. IT IS SO ORDERED.

CASE TERMINATED.


Entered this 9th day of February, 2011.


                                                  s/ Joe B. McDade
                                                  JOE BILLY McDADE
                                        United States Senior District Judge